# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                      No. 4:14CR00147-03 JLH

MARISOL MARTIKA SUAREZ                                   DEFENDANT

## **ORDER**

Pending before the Court is defendant Marisol Martika Suarez's motion to continue the sentencing hearing currently scheduled for Tuesday, August 30, 2016. Without objection, the motion is GRANTED. Document #391. The sentencing hearing will be reset by separate notice.

IT IS SO ORDERED this 29th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE